07 CV 7077

Judge Pauley

Keith B. Dalen (KD-4997)
Christopher M. Panagos (CP-2199)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE RICE COMPANY,

        Plaintiff,

vs.

EXPRESS SEA TRANSPORT CORPORATION,

        Defendant.

---

: Index No.:
:
: **RULE 7.1 STATEMENT**

RECEIVED AUG 09 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Fed. R. Civ. P. 7.1 Plaintiff, The Rice Company, by and through its attorneys, Hill Rivkins & Hayden LLP, certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held:

**NONE**

Dated: New York, New York
      August 9, 2007

HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff

By: _____
Keith B. Dalen (KD-4997)
Christopher M. Panagos (CP-2199)
45 Broadway
New York, New York 10006
(212) 669-0600