```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
THE RICE COMPANY,                           :       07 Civ. 7077 (WHP)

        Plaintiff,                                 :       SCHEDULING ORDER

    -against-                                       :

EXPRESS SEA TRANSPORT
CORPORATION,                                :

        Defendant.                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel for all parties having appeared before this Court for a pre-motion conference on September 10, 2007, the following schedule is established on consent of the parties:

1. Defendant shall serve and file the motion by September 18, 2007;

2. Plaintiff shall serve and file any opposition to the motion by September 25, 2007;

3. Defendant shall serve and file any reply by September 28, 2007; and

4. Oral Argument concerning the motion shall be held on October 5, 2007 at 10:30 a.m.

Dated: September 10, 2007
       New York, New York

                                    SO ORDERED:

                                    _____
                                    WILLIAM H. PAULEY III
                                         U.S.D.J.

*Counsel of Record:*

Keith B. Dalen, Esq.
Hill Rivkins & Hayden LLP
45 Broadway
Suite 1500
New York, NY 10006-3739
*Counsel for Plaintiff*

Patrick Lennon, Esq.
Lennon, Murphy & Lennon, LLC
420 Lexington Avenue
Suite 300
New York, NY 10170
*Counsel for Defendant*