# CLARKSON SECURITIES LTD

## Supramax + Handy FFA Report

**July 23rd 2007**

| | |
|---|---|
| Office | TEL: +44 (0) 207 334 3151 |
| Betina Goodall | MOB: +44 (0) 777 568 5381 |
| Mels Boer | MOB: +44 (0) 777 568 3153 |
| Siri Sundal | MOB: +44 (0) 792 045 4742 |
| Douglas Newton | MOB: +44 (0) 7920 45 47 43 |
| Email | csl@clarksons.com |

| BSI | | 6TC AVG | | Euro/USD | USD/Yen | UK/USD | 180CST Rdam | MDO Rdam |
|---|---|---|---|---|---|---|---|---|
| 4536 | +33 | $47325 | +$341 | 1.3816 | 121.320 | 2.0585 | 394.5 | 582.5 |

### Baltic Supramax Index

| | $ / day | Change | Mthly Avg |
|---|---|---|---|
| 1a Cont – Far East | 46,688 | +225 | 46,190 |
| 1b Black Sea – Far East | 48,500 | +350 | 48,347 |
| 2 Trans-pacific RV | 41,416 | +361 | 39,905 |
| 3 Far East – Cont | 42,140 | +222 | 41,190 |
| 4a USG – Cont | 70,000 | +500 | 66,900 |
| 4b Cont – USG | 36,875 | +272 | 34,447 |
| 5S WAF via ECSA to F.east | 53,001 | +914 | 50,219 |
| 6 Jap/SK via Aus to India | 43,300 | +154 | 42,004 |
| 6TC Average | 47,325 | +341 | 45,675 |

### Baltic Handysize Index

| | $ / day | Change | Mthly Avg |
|---|---|---|---|
| 1 Cont – South America | 24,896 | +272 | 24,951 |
| 2 Cont – North America | 27,464 | +250 | 26,681 |
| 3 South America – Cont | 45,278 | +521 | 40,750 |
| 4 USG / NCSA – Cont | 50,470 | +495 | 41,947 |
| 5 SE Asia → Austr → Sing-Jap | 28,564 | +95 | 28,005 |
| 6 S Korea – Jap / NOPAC – Sing-Jap | 20,894 | +83 | 26,486 |
| 6TC Average | 32,894 | +256 | 30,264 |

### Supramax FFA Curve 6TC

| | Bid | Offer | one day change | 7 day change |
|---|---|---|---|---|
| Q3 | 46500 | 47000 | +375 | +2500 |
| Q4 | 46500 | 47250 | +500 | +2625 |
| Q1 | 41750 | 42500 | +250 | +2125 |
| Q1+2 | 40500 | 41500 | +250 | +2000 |
| CAL 08 | 37750 | 38750 | +750 | +3500 |
| CAL 09 | 27750 | 27500 | +125 | +1750 |

### Handysize FFA Curve 6TC

| | Bid | Offer | one day change | 7 day change |
|---|---|---|---|---|
| Q3 | 30500 | 32000 | 0 | 0 |
| Q4 | 30500 | 32000 | 0 | 0 |
| Q1 | 27500 | 29000 | +250 | +750 |
| Q1+2 | 26500 | 29000 | +250 | +1000 |
| CAL 08 | 25250 | 26750 | +500 | +250 |
| CAL 09 | 18750 | 20250 | +250 | +1750 |

### Today's Comments:

The FFA's followed the indices on the way up today. It is encouraging to see the index going up with big steps, allowing the Supramax FFA's to rise without getting into contango. Most attention today was on the prompter periods, and it should be only a matter of time before the Q1 and Q1+2 go further up.

Looking at the physical market for fundamental guidance, there is continued strength in both the Atlantic and Pacific. With increased petcoke and grain stems out the USG driving the Atlantic and a Pacific period market that continues to keep the spot market well supported, it would seem the BSI should continue to firm through the week. Fundamental support further down the FFA curve is also coming from continued period interest for delivery during next year, with less of a forward discount than on the paper.

For technical guidance, have a look at the graph below. One of the key drivers of the dry freight market is the freight rates on the Capes. There is both a red resistance line and a green support line drawn in the graph. These lines are holding into a flag which should mean that the index has to break either the support or the resistance line. With the Q4 trading at 105000 / 104000 it is likely to break out of the resistance and head north. This is supported by Cape fundamental expectations of buildings in ore stocks during Q3.

For now it is a matter of keeping a close eye on this flag situation, because a move out a flag tends to cause an over-reaction which will obviously cause movement in the smaller sizes.

BCI 8415 +58 TC av 86700 +1705    BPI 7141 +32 TC av 57545 +341    BHSI 2250 +17 TC av 32894 +256

TC Avg BCI
TC Avg BPI
TC Avg BSI

### Smax / Pmax Spreads (based on mid price)

| | Pmax | Smax | SPREAD | ratio |
|---|---|---|---|---|
| Q3 | 57375 | 46750 | 10625 | 23% |
| Q4 | 55250 | 46875 | 8375 | 18% |
| Q1 | 49625 | 42125 | 7500 | 18% |
| Q1+2 | 48750 | 41000 | 7750 | 19% |
| CAL 08 | 44375 | 38250 | 6125 | 16% |
| CAL 09 | 31875 | 27625 | 4250 | 15% |

### Smax / Handy size Spreads (based on mid price)

| | Smax | Handy | SPREAD | ratio |
|---|---|---|---|---|
| Q3 | 46750 | 31250 | 15500 | 50% |
| Q4 | 46875 | 31250 | 15625 | 50% |
| Q1 | 42125 | 28250 | 13875 | 49% |
| Q1+2 | 41000 | 27750 | 13250 | 48% |
| CAL 08 | 38250 | 25500 | 12750 | 50% |
| CAL 09 | 27625 | 19500 | 8125 | 42% |

Any research and/or analysis contained in this report has been procured by clarksons and may have been used by us for our own purposes and is directed only at non-private customers and it must not be passed on to anyone who is not such. Nothing contained in this report shall be construed as an offer on our part to buy or sell any commodity or future referred to herein. We are authorised and regulated by the Financial Services Authority (FSA).