## James King

**From:** James King
**Sent:** 17 July 2007 14:28
**To:** 'Weller, Charles G.'
**Cc:** Enston, Matthew B.
**Subject:** RE: "Apostolos II" C/P dd 04.04.07 - WITHOUT PREJUDICE
**Importance:** High

Dear Charles

Thank you for your e-mail.

It is debatable that your Clients' offer last Friday did require a revision of clause 30, but regardless of that, what are your Clients' proposals in this regard, given that this is their offer? My Clients now wish correspondence to take place between the lawyers only, so please send me a copy of what your Clients will be sending to my Clients.

In the meantime, I must reserve my Clients' rights.

I look forward to hearing from you by return.

Kind Regards

James King
Winter Scott Solicitors
St Olave's House
Ironmonger Lane
London
EC2V 8EY
Tel: +44 (0)20 7367 8989
Fax: +44 (0)20 7726 2371

IMPORTANT: This e-mail is intended only for the addressee. It may contain privileged and/or confidential information. If you are not the intended recipient, please inform us by telephone on +44 (0)20 7367 8989 and return the original to us by post.

**From:** Weller, Charles G. [mailto:CWeller@ReedSmith.com]
**Sent:** 17 July 2007 14:20
**To:** James King
**Cc:** Enston, Matthew B.
**Subject:** RE: "Apostolos II" C/P dd 04.04.07 - WITHOUT PREJUDICE

We refer to your emails today. We have drawn your request for news to ESTC's attention and we are instructed that their response to TRC is currently expected to be with TRC for their opening today. ESTC's response is in light of the fact that the acceptance of ESTC's offer appears to be incomplete and requires clarification: TRC's recapitulation of ESTC's proposal was silent as to the required revision of clause 30.

Regards

**Charles Weller**
**Partner**
**Shipping Group**
Reed Smith Richards Butler LLP
Direct line +44 (0) 20 7772 5771
Direct fax + 44 (0) 20 7539 5112
Mobile + 44 (0) 7710 082 173
Beaufort House

19/09/2007

15 St. Botolph Street
London EC3A 7EE
T: +44 (0) 20 7247 6555
F: +44 (0) 20 7247 5091
www.reedsmith.com

---

**From:** James King [mailto:jking@winterscott.co.uk]
**Sent:** 17 July 2007 14:08
**To:** Enston, Matthew B.
**Cc:** Weller, Charles G.
**Subject:** FW: "Apostolos II" C/P dd 04.04.07
**Importance:** High

Dear Matthew

Further to my e-mail below, I have to go into a meeting shortly, but I would like to know what your Clients' position is, by 4:30pm London time today, as I would like to be in a position to advise my Clients on their opening, as to their options.

Kind Regards

James King
Winter Scott Solicitors
St Olave's House
Ironmonger Lane
London
EC2V 8EY
Tel: +44 (0)20 7367 8989
Fax: +44 (0)20 7726 2371

IMPORTANT: This e-mail is intended only for the addressee. It may contain privileged and/or confidential information. If you are not the intended recipient, please inform us by telephone on +44 (0)20 7367 8989 and return the original to us by post.

---

**From:** James King
**Sent:** 17 July 2007 12:10
**To:** 'Enston, Matthew B.'
**Cc:** Weller, Charles G.
**Subject:** RE: "Apostolos II" C/P dd 04.04.07
**Importance:** High

Dear Matthew

Do you have any news for me? I don't like to press, but the position is simple, and should be capable of a quick response: either your Clients accept that the parties have a new fixture, in which case they should not be advising other parties otherwise, or they do not, in which case my Clients need to know so that they can fix a substitute vessel (and in that case, your Clients will of course be liable for the full market rate, and not the discounted mitigation rate).

Also, could you provide me with copies of your Clients' correspondence with the Master following my Clients' acceptance of our Clients' offer last Friday?

I look forward to hearing from you at your earliest convenience.

Kind Regards

James King
Winter Scott Solicitors
St Olave's House
Ironmonger Lane

19/09/2007

London
EC2V 8EY
Tel: +44 (0)20 7367 8989
Fax: +44 (0)20 7726 2371

IMPORTANT: This e-mail is intended only for the addressee. It may contain privileged and/or confidential information. If you are not the intended recipient, please inform us by telephone on +44 (0)20 7367 8989 and return the original to us by post.

Reed Smith Richards Butler LLP is a limited liability partnership registered in England (registered no. OC303620) with its registered office at Beaufort House, Tenth Floor, 15 St. Botolph Street, London EC3A 7EE, England. Reed Smith Richards Butler LLP is regulated by the Law Society.

A list of members of Reed Smith Richards Butler LLP, and their professional qualifications, is available at the registered office. Any reference in this email to a partner of Reed Smith Richards Butler LLP is to a person who is a member of Reed Smith Richards Butler LLP or to an employee of equivalent standing. Reed Smith Richards Butler LLP is associated with Reed Smith LLP of Delaware, USA.

This e-mail is confidential and may be protected by legal privilege. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation. Please contact us on **+44 (0) 20  7247 6555** if you need assistance.

Disclaimer Version RS.UK.1.01.03

19/09/2007