

# Winter Scott
### Solicitors

St Olave's House
Ironmonger Lane
London EC2V 8EY
Telephone: + 44 (0)20 7367 8989
Fax: + 44 (0)20 7726 2371
DX: 42602 Cheapside
E-mail: firstinitialsurname@winterscott.co.uk

## FAX TRANSMISSION

| | |
|---|---|
| DATE: | 17th July 2007 |
| TO: | 7247 5091 |
| | Reed Smith Richards Butler |
| | Charles Weller/Matthew Enston, ref: CGW/MBE/730368.00016 |
| FROM: | James King |
| OUR REF: | JCK/kr/78-134 |
| NO. OF PAGES: | 1 |

**CONFIDENTIALITY NOTICE:** This facsimile is intended only for the addressee. It may contain privileged and/or confidential information. If you are not the intended recipient please inform us on the above telephone number immediately and do not disclose the contents or take copies.

Re: "APOSTOLOS II" - C/P dated 4th April 2007

We refer to previous correspondence in this matter.

As you know, our Clients do not accept that your Clients were entitled to withdraw the vessel when they did, and accordingly have instructed us to commence proceedings.

In that regard, we are now appointing Mr Robert Gaisford of Bramdean, Stonegate, Wadhurst, East Sussex, TN5 7EP, tel: 01580 200348, fax: 01580 201124, as Arbitrator on behalf of our Clients, in respect of all disputes under the above Charterparty, and we hereby request you, pursuant to clause 73 of the Charterparty, and to the Arbitration Act 1996, to appoint your Arbitrator in respect of the above disputes, and to notify us of that appointment, not later than 7 clear days after the date on which this request is served on you, failing which we will appoint Mr Gaisford as Sole Arbitrator.

We look forward to hearing from you.

Yours faithfully

**WINTER SCOTT**

Partners: Glenn Winter Ken Scott Michael Ellis Damian Wilkes Tim Houghton James King Graeme Lloyd
Associates: Richard Verney (not admitted)
Regulated by the Law Society                                            VAT No GB 819 4174 16