## James King

| | |
|---|---|
| **From:** | Weller, Charles G. [CWeller@ReedSmith.com] |
| **Sent:** | 20 July 2007 16:44 |
| **To:** | James King |
| **Cc:** | Enston, Matthew B. |
| **Subject:** | Mv "Apostolos II" - WITHOUT PREJUDICE |

We refer to your email today which comprised the Charterers' counter-offer.

In the absence of a timely acceptance of ESTC's offer by TRC, we are instructed that ESTC are now suspending fixture negotiations with TRC. Please convey this to TRC.

Obviously ESTC shall need to discuss with TRC the arrangements for the refund of the late remitted funds and for a reconciliation of the accounting position. The best and most efficient way of resolving the differences between the parties should also be considered, together with the obviously related matters which will allow the parties to pick up the pieces with the minimum of fuss, anxiety, interruption and disturbance.

In the meantime, please note that we have today appointed Mr Alec Kazantzis as ESTC's arbitrator in respect of all disputes. Formal notice shall follow.

Regards

**Charles Weller**
**Partner**
**Shipping Group**
Reed Smith Richards Butler LLP
Direct line +44 (0) 20 7772 5771
Direct fax + 44 (0) 20 7539 5112
Mobile + 44 (0) 7710 082 173
Beaufort House
15 St. Botolph Street
London EC3A 7EE
T +44 (0) 20 7247 6555
F +44 (0) 20 7247 5091
www.reedsmith.com

Reed Smith Richards Butler LLP is a limited liability partnership registered in England (registered no. OC303620) with its registered office at Beaufort House, Tenth Floor, 15 St. Botolph Street, London EC3A 7EE, England. Reed Smith Richards Butler LLP is regulated by the Law Society.

A list of members of Reed Smith Richards Butler LLP, and their professional qualifications, is available at the registered office. Any reference in this email to a partner of Reed Smith Richards Butler LLP is to a person who is a member of Reed Smith Richards Butler LLP or to an employee of equivalent standing. Reed Smith Richards Butler LLP is associated with Reed Smith LLP of Delaware, USA.

This e-mail is confidential and may be protected by legal privilege. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation. Please contact us on **+44 (0) 20 7247 6555** if you need assistance.

Disclaimer Version RS.UK 1.01.03