
# Winter Scott
### Solicitors

St Olave's House
Ironmonger Lane
London EC2V 8EY
Telephone: + 44 (0)20 7367 8989
Fax: + 44 (0)20 7726 2371
DX: 42602 Cheapside
E-mail: firstinitialsurname@winterscott.co.uk

## FAX TRANSMISSION

| | |
|---|---|
| DATE: | 30 August 2007 |
| TO: | 7247 5091 |
| | Reed Smith Richards Butler |
| | Charles Weller Esq./Matthew Enston Esq. |
| YOUR REF: | CGW/MBE/730368.00016 |
| FROM: | James King |
| OUR REF: | JCK/has/78/134 |
| NO. OF PAGES: | 1 |

**CONFIDENTIALITY NOTICE:** This facsimile is intended only for the addressee. It may contain privileged and/or confidential information. If you are not the intended recipient please inform us on the above telephone number immediately and do not disclose the contents or take copies.

Re: "APOSTOLOS II" - C/P dated 4th April 2007

We refer to our fax of 28th August 2007, and should be grateful if you would let us know whether your Clients are prepared to put up a Bank Guarantee (without the condition that our Clients pay for the cost of the same), and if so, the name of the intended bank, so that we may take instructions from our Clients.

Yours faithfully

WINTER SCOTT

Partners: Glenn Winter Ken Scott Michael Ellis Damian Wilkes Tim Houghton James King Graeme Lloyd
Associates: Richard Verney (not admitted)
Regulated by the Law Society                                    VAT No GB 819 4174 16



# Winter Scott
### Solicitors

St Olave's House
Ironmonger Lane
London EC2V 8EY
Telephone: + 44 (0)20 7367 8989
Fax: + 44 (0)20 7726 2371
DX: 42602 Cheapside
E-mail: firstinitialsurname@winterscott.co.uk

## FAX TRANSMISSION

| | |
|---|---|
| DATE: | 5th September 2007 |
| TO: | 7247 5091 |
| | Reed Smith Richards Butler |
| | Charles Weller Esq./Matthew Enston Esq. |
| YOUR REF: | CGW/MBE/730368.00016 |
| FROM: | James King |
| OUR REF: | JCK/has/78/134 |
| NO. OF PAGES: | 1 |

**CONFIDENTIALITY NOTICE:** This facsimile is intended only for the addressee. It may contain privileged and/or confidential information. If you are not the intended recipient please inform us on the above telephone number immediately and do not disclose the contents or take copies.

Re: "APOSTOLOS II" - C/P dated 4th April 2007

We refer to our faxes of 28th and 30th August 2007, to which we cannot trace having received a response.

Please now confirm whether or not your Clients are prepared to put up a Bank Guarantee without the condition that our Clients pay for the cost of the same, and if so, the name of the intended bank.

Yours faithfully


WINTER SCOTT

Partners: Glenn Winter Ken Scott Michael Ellis Damian Wilkes Tim Houghton James King Graeme Lloyd
Associates: Richard Verney (not admitted)
Regulated by the Law Society
VAT No GB 819 4174 16