# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

The GrayBar Building          Patrick F. Lennon – *pfl@lenmur.com*          Tide Mill Landing
420 Lexington Ave., Suite 300    Charles E. Murphy – *cem@lenmur.com*          2425 Post Road
New York, NY 10170              Kevin J. Lennon – *kjl@lenmur.com*          Southport, CT 06890
*phone* (212) 490-6050          Nancy R. Peterson – *nrp@lenmur.com*          *phone* (203) 256-8600
*fax* (212) 490-6070                                                          *fax* (203) 256-8615

September 28, 2007

**By Facsimile (212) 805-6390**
Hon. William H. Pauley          **MEMO ENDORSED**
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 10/1/07

Re:    **The Rice Co. v. Express Sea Transport Corp.**
       Docket No.: 07 Civ. 7077 (WHP)
       LML ref: 1213

Dear Judge Pauley:

    We represent the Defendant, Express Sea Transport Corp. ("Defendant"), in the above referenced action and we write to request an extension of time to file Defendant's Reply Memorandum and supporting declarations with reference to the pending Motion to Vacate Maritime Attachment.

    Defendant filed a Motion to Vacate Maritime Attachment on September 18, 2007. According to the scheduling Order set forth by the Court, Defendant is to submit its Reply today, October 28, 2007. However, as we informed Plaintiff's counsel, the London solicitors, with whom will need to consult in order to draft the Reply, are unavailable this week.

    Therefore, we respectfully request that the deadline to submit Defendant's Reply to the Memorandum in Opposition to Motion to Vacate be moved to October 2, 2007. Plaintiff's counsel has consented to this request.

    We are available to discuss the matters raised herein at your Honor's convenience.

Respectfully Submitted,

Nancy R. Peterson

cc:    **Via Facsimile: (212) 669-0699**
       Keith B. Dallen, Esq.
       Thomas Willoughby, Esq.
       Andrew R. Brown, Esq.
       Hill, Rivkins & Hadyen

*Application granted.*

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.

9/28/07