**Exhibit 3**

THE SHIPPING SYSTEM *RESULTS*    MSS         Calc-No 1,726    02/10/07

*APOSTOLOS 11 34,677 dwat / MUSCAT - PORT LOUIS - PORT SAID -*
*LONDON*

| DURATION:    (days) | | | | |
|---|---|---|---|---|
| Laden voyage | 22.29 | 6,956 miles  13.00 kn on  27.50 t/d + | | t/d |
| Ballast voyage | 8.23 | 2,665 miles  13.50 kn on  27.50 t/d + | | t/d |
| Extra seadays | | Consumption idle  3.50t/d(380) | | |
| Loading | 5.00 | Loading    rate    6,200 mts    /d | | |
| Discharging | 20.00 | Discharging rate    1,550 mts    /d | | |
| Canal/passage | 1.00 | | | |

Total days                    **56.52**

| EXPENSES: | | | |
|---|---|---|---|
| Bunkers Main (        ) | 376,774 | Main    930.30 mts at  405.00 /mto | |
| Canals/passages | 155,000 | Suez | |
| Loading port disb. | 54,000 | | |
| Discharging port disb. | 109,000 | | |
| Commissions | 174,375 | 7.50 percent | |
| Extra costs | 49,000 | | |

Total expenses              **918.149**

| CARGO | Amount | Freight rate | com% | | |
|---|---|---|---|---|---|
| BLK sugar | 31,000mts | 75.00 | 7.50 | PORT LOUIS | LONDON |

Total Cargo mts              **31,000**

| INCOME: | | | |
|---|---|---|---|
| Freight | 2,325,000 | | rate    75.00 /mts |

Total income                 **2,325,000**

RESULTS:

T/C-Equivalent               **24,891**

| SENSITIVITY ANALYSIS: | | | | | |
|---|---|---|---|---|---|
| T/C-Equivalen Fr. rate/mts | | T/C-Equivalen Fr. rate/mts | | T/C-Equivalen Fr. rate/mts | |
| 24,050 | 73.34 | 24,550 | 74.33 | 25,050 | 75.31 |
| 24,150 | 73.54 | 24,650 | 74.52 | 25,150 | 75.51 |
| 24,250 | 73.74 | 24,750 | 74.72 | 25,250 | 75.71 |
| 24,350 | 73.93 | 24,850 | 74.92 | 25,350 | 75.90 |
| 24,450 | 74.13 | 24,950 | 75.12 | 25,450 | 76.10 |

**Exhibit 4**

## ROUTE DESCRIPTIONS

## BALTIC EXCHANGE SUPRAMAX INDEX

The Baltic Supramax Index will be based on the following description:

Standard "Tess 52" type vessel with grabs as follows:

- 52,454 mt dwt self trimming single deck bulkcarrier on 12.02 m ssw
- 189.99 m LOA 32.26 m Beam 5ho/ha 67,756 cum.grain 65,600 cum.bale
- 14t /16.5B on 30mt (380 cst) no mdo at sea
- Cr 4 x 30 mt with 12 cum grabs
- Maximum age - 10 years

### Route: S1A

Delivery Antwerp/Skaw range for a trip of 60/65 days redelivery Singapore/Japan range including China 5 per cent commission total. Laycan 5/10 days in advance. Weighting 12.5 per cent, Standard

Weighting: 12.5%

### Route: S1B

Delivery passing Canakkale for a trip of 50/55 days redelivery Singapore/Japan range including China 5 per cent commission total. Laycan 5/10 days in advance. Weighting 12.5 per cent. Standard

Weighting: 12.5%

### Route: S2

Delivery South Korea/Japan range for 1 Australian or trans Pacific round voyage, for a 35/40 day trip, redelivery South Korea/Japan range 5 per cent commission total. Laycan 5/10 days in advance. Weighting 25 per cent. Standard

Weighting: 25%

### Route: S3

Delivery South Korea/Japan range for a trip of 60/65 days redelivery Gibraltar/Skaw range 5 per cent commission total. Laycan 5/10 days in advance. Weighting 25 per cent. Standard

Weighting: 25%

### Route: S4A

Delivery US Gulf for a trip about 30 days, redelivery Skaw – Passero range, 5% commission total, laycan 5/10 days in advance, 12.5% weighting.

Weighting: 12.5%

### Route: S4B

Delivery Skaw – Passero range for a trip about 30 days, redelivery US Gulf, 5% commission total, laycan 5/10 days in advance, 12.5% weighting.

Weighting: 12.5%

### Route: S5

Delivery Dakar/Douala range for a trip via East Coast South America of 60/65 days, redelivery Singapore/Japan range, 5 per cent commission. Laycan 5/10 days in advance.

Weighting: 0%

### Route: S6

Delivery South Korea/Japan range for a trip via Australia of 45/50 days,

Exhibit 5

## ROUTE DESCRIPTIONS

## BALTIC EXCHANGE HANDYSIZE INDEX

### The Baltic Exchange Handysize Vessel Description

28,000 mt dwt self trimming single deck bulkcarrier on 9.78m ssw 169m loa 27
m beam. 5 holds/5 hatches. 37,523 c.um grain 35,762 c.um bale 14 knots
average laden/ballast on 22 mt ifo (380) no diesel at sea. 4 x 30 t cranes
Maximum age 15 years

#### Route: HS1

TRIAL - Dely Skaw – Passero for a trip about 35/45 days, redelivery Recalada –
Rio de Janeiro range. 5% Laycan 5/10 days in advance. Weighting 12.5%

Weighting: 12.5%

#### Route: HS2

TRIAL - Dely Skaw - Passero range for a trip about 35/45 days, redelivery
Boston – Galveston range. 5% . Laycan 5/10 days in advance. Weighting
12.5%.

Weighting: 12.5%

#### Route: HS3

TRIAL - Dely Recalada – Rio de Janeiro for a trip about 35/45 days, redelivery
Skaw – Passero range. 5% . Laycan 5/10 days in advance. Weighting 12.5%.

Weighting: 12.5%

#### Route: HS4

TRIAL - Dely US Gulf for a trip about 35/45 days, via US Gulf or NC South
America, redelivery Skaw – Passero range. 5% . Laycan 5/10 days in advance.
Weighting 12.5%

Weighting: 12.5%

#### Route: HS5

TRIAL - Dely SE Asia for a trip via Australia, about 25/30 days, redelivery
Singapore – Japan range including China. 5% . Laycan 5/10 days in advance
Weighting 25%.

Weighting: 25%

#### Route: HS6

TRIAL - Dely S Korea – Japan range for a trip via Nopac of about 40/45 days,
redelivery Singapore-Japan range including China. 5%. Laycan 5/10 days in
advance. Weighting 25%

Weighting: 25%

Copyright (c) 2006 The Baltic Exchange Ltd., St Mary Axe, London, EC3A 8BH, United Kingdom
Phone +44 (0)20-7623-5501, Fax +44 (0)20-7369-1622
Terms & Conditions
Page Reference : 578

**Exhibit 6**

# CLARKSON
# SECURITIES LTD

**Supramax + Handy FFA Report**

## July 3rd 2007

Office
Betina Goodall
Mels Beer
Sid Sundal
Douglas Newton

TEL: +44 (0) 207 334 3151
MOB: +44 (0) 777 655 5291
MOB: +44 (0) 777 555 5153
MOB: +44 (0) 792 548 4742
MOB: +44 (0) 774 704 3095

Email: ssff@clarksons.com

| BSI | | STC AVG | | EuroUSD | USD/Yen | UK/USD | 180CST Rdam | MDO Rdam |
|---|---|---|---|---|---|---|---|---|
| 4063 | +11 | 542,486 | +$122 | 1.3611 | 122,405 | 2.0163 | 362 | 563 |

### Baltic Supramax Index

| | | 1 day | change | Mth Avg |
|---|---|---|---|---|
| 1:Cont Far East | 43561 | +226 | 43848 | |
| 1b:Back S/a Far East | 44011 | +326 | 44030 | |
| 2:Trans Pacific R/V | 35085 | -548 | 35108 | |
| 3:Far East-Cont | 40452 | -283 | 40398 | |
| 4:USG-Cont | 59347 | +193 | 59600 | |
| 4a:Cont-USG | 32654 | +92 | 32544 | |
| 5:WAf via ECSA to Far East | 47020 | +53 | 47526 | |
| 6:Jpn/SK via Aus to India | 41280 | +52 | 41250 | |
| STC Average | 42490 | +122 | 42425 | |

### Baltic Handysize Index

| | | 1 day | change | Mth Avg |
|---|---|---|---|---|
| 1:Cont - South America | | 23318 | +319 | 23128 |
| 2:Cont - North America | | 24216 | -32 | 24063 |
| 3:South America - Cont | | 37523 | +44 | 37411 |
| 4:USG/NCSA - Cont | | 37141 | -448 | 36917 |
| 5:F.East - Aust - S/a - Jap | | 27868 | +113 | 27856 |
| 6:S.Korea - Jap (NOPAC - Singapore) | | 26431 | +3 | 26140 |
| STC Average | | 26266 | +17 | 28769 |

### Supramax FFA Curve STC

| | Bid | Offer | one day change | 7 day |
|---|---|---|---|---|
| Q3 | 42500 | 43250 | +125 | +1625 |
| Q4 | 42250 | 43250 | 0 | +1875 |
| Q1 | 37000 | 37750 | -250 | +625 |
| Q1+2 | 35500 | 36250 | -250 | 0 |
| CAL 08 | 33500 | 34250 | 0 | 0 |
| CAL 09 | 24500 | 25000 | 0 | +250 |

### Handysize FFA Curve STC

| | | Bid | Offer | one day change | 7 day change |
|---|---|---|---|---|---|
| Q3 | | 28500 | 29250 | 0 | +1500 |
| Q4 | | 28750 | 29500 | 0 | +1125 |
| Q1 | | 25500 | 26750 | 0 | +2125 |
| Q1+2 | | 25250 | 26250 | 0 | 0 |
| CAL 08 | | 23750 | 24500 | 0 | -675 |
| CAL 09 | | 18000 | 20000 | 0 | +750 |

### Today's Comments

[Comments text illegible]



| Smax / Pmax Spreads (based on mid price) | | | |
|---|---|---|---|
| | Pmax | Smax | SPREAD | ratio |
| Q3 | 49250 | 42875 | 6375 | 15% |
| Q4 | 48500 | 42750 | 5750 | 13% |
| Q1 | 43500 | 37375 | 6125 | 16% |
| Q1+2 | 42500 | 35875 | 6625 | 18% |
| CAL 08 | 38500 | 33875 | 4625 | 14% |
| CAL 09 | 28750 | 24750 | 4000 | 16% |

| Smax / Handy size Spreads (based on mid price) | | | |
|---|---|---|---|
| | Smax | Handy | SPREAD | ratio |
| Q3 | 42875 | 28875 | 14000 | 48% |
| Q4 | 42750 | 29125 | 13625 | 47% |
| Q1 | 37375 | 26125 | 11250 | 43% |
| Q1+2 | 35875 | 25750 | 10125 | 39% |
| CAL 08 | 33875 | 24125 | 9750 | 40% |
| CAL 09 | 24750 | 19000 | 5750 | 30% |

[Fine print disclaimer illegible]

Exhibit 7

# CLARKSON SECURITIES LTD

**Supramax + Handy FFA Report**

# July 9th 2007

Office
Betina Goodall
Nels Boer
Siri Sundal
Douglas Newton

Email

TEL.: +44 (0) 207 334 3151
MOB: +44 (0) 777 526 5381
MOB: +44 (0) 777 568 3113
MOB: +44 (0) 792 045 4762
MOB: +44 (0) 774 704 3036

ost@clarksons.com



### Smax / Handy size Spreads (based on mid price)

|        | Smax  | Handy | SPREAD | ratio |
|--------|-------|-------|--------|-------|
| Q3     | 43375 | 28875 | 14500  | 50%   |
| Q4     | 43125 | 29250 | 13875  | 47%   |
| Q1     | 37500 | 26500 | 11000  | 42%   |
| Q1+2   | 36375 | 26250 | 10125  | 39%   |
| CAL 08 | 34500 | 24250 | 10250  | 42%   |
| CAL 09 | 24750 | 19000 | 5750   | 30%   |

Any material and/or analysis contained in this report has been presented by Clarksons and may have been used by us for our own purposes and has not been procured for the recipient or will whatsoever. Only regard to any party who may attribute such statement and document be marked on its precise whatiment such. Having carried out a his report must be construed as that of or constitute an offer view or put to buy or sell or is necessarily of facts relieved between. We and is authorised and regulated by the Financial Services Authority (FSA).

# CLARKSON SECURITIES LTD

*Supramax + Handy FFA Report*

# July 10th 2007

Office
Betina Goodall
Mels Boer
Siri Sundal
Douglas Newton

TEL: +44 (0) 207 334 3151
MOB: +44 (0) 777 588 5391
MOB: +44 (0) 777 588 3153
MOB: +44 (0) 702 945 4742
MOB: +44 (0) 774 784 3056

Email: call@clarksons.com



# CLARKSON SECURITIES LTD

*Supramax + Handy FFA Report*

# July 11th 2007

Office
Bettina Goodall
Mels Boer
Siri Sundar
Douglas Newton

Email

TEL:  +44 (0) 207 934 9151
MOB: +44 (0) 777 968 5091
MOB: +44 (0) 777 968 3153
MOB: +44 (0) 782 945 4742
MOB: +44 (0) 774 704 3038

cs@clarksons.com



Any clalms in gener ... regulated by the Financial Services Authority (FSA).