UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
THE RICE COMPANY,                           :         07 Civ. 7077 (WHP)

                    Plaintiff,          :         SCHEDULING ORDER

         -against-                              :

EXPRESS SEA TRANSPORT CORPORATION,  :

                   Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       A status conference shall take place July 18, 2008 at 2:15 p.m.

Dated: June 6, 2008
       New York, New York

                                        SO ORDERED:

                                        WILLIAM H. PAULEY III
                                               U.S.D.J.

*Counsel of Record:*

Keith B. Dalen, Esq.
Hill Rivkins & Hayden LLP
45 Broadway
Suite 1500
New York, NY 10006-3739
*Counsel for Plaintiff*

Patrick Lennon, Esq.
Lennon, Murphy & Lennon, LLC
420 Lexington Avenue
Suite 300
New York, NY 10170
*Counsel for Defendant*