HILL RIVKINS & HAYDEN LLP
*Attorneys for Plaintiff The Rice Company*
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE RICE COMPANY, | : |
| Plaintiff, | : |
| | : Index No.: 07 Civ. 7077 (WHP) |
| vs. | : |
| | : **NOTICE OF WITHDRAWAL-** |
| EXPRESS SEA TRANSPORT CORPORATION, | : **SUBSTITUTION OF COUNSEL** |
| Defendant. | : |

---

PLEASE TAKE NOTICE that CHRISTOPHER MICHAEL PANAGOS, an associate of Hill Rivkins & Hayden LLP, attorneys for Plaintiff, is leaving the employment of the firm and hereby requests that his name be withdrawn as notice counsel for The Rice Company in the above captioned case and that all communications be served upon lead counsel Keith B. Dalen of the same office who continues to represent Plaintiff The Rice Company in this matter.

Dated: July 8, 2008                                  Respectfully submitted,

                                                    HILL RIVKINS & HAYDEN LLP

                                                    */s/ Christopher M Panagos*
                                                    _____
                                                    Christopher M. Panagos (CP-2199)
                                                    Keith B. Dalen (KD-4997)
                                                    *Attorneys for Plaintiff*
                                                    45 Broadway, Suite 1500
                                                    New York, New York 10006
                                                    Tel: 212-669-0600

To:   Charles E. Murphy, Esq.
      Lennon, Murphy & Lennon
      *Attorneys for Defendant*
      GrayBar Building
      420 Lexingtion Ave., Suite 300
      New York, New York 10170