

**Lennon,
Murphy &
Lennon,** LLC

ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
email lenmur.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

July 17, 2007

**By Hand**
Hon. William H. Pauley
United States District Judge
United States District Court
500 Pearl Street, Room 2210
New York, NY 10007

MEMO ENDORSED

RECEIVED
JUL 17 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

Re:   **The Rice Co. v. Express Sea Transport Corp.**
      Docket No.: 07 Civ. 7077 (WHP)
      LML ref: 1213

Dear Judge Pauley:

We represent the Defendant, Express Sea Transport Corp., in the above-captioned case. Together with opposing counsel, we write to provide the Court with the status of this matter and to <u>request an adjournment of the pre-trial conference scheduled for Friday, July 18, 2008.</u>

On August 14, 2007, an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. Despite daily service of the Writ of Attachment on the garnishee banks, none of Defendant's property has been restrained. We have been informed by Defendant's counsel that the underlying arbitration has been initiated and is apparently proceeding in the usual course. We have not yet received an update from our client, however, if we receive contrary information, we will notify the Court immediately.

As no funds have been attached and the underlying arbitration is apparently still proceeding, we respectfully request a ninety (90) day adjournment of the pre-trial conference. Defendant further reserves its right to request that this case be dismissed, as no funds have been attached and jurisdiction is thus absent.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

Respectfully submitted,

Nancy R. Siegel /MEM

Nancy R. Siegel

cc:   <u>Via Facsimile: (212) 669-0699</u>
      Keith B. Dallen, Esq.
      Thomas Willoughby, Esq.

*Application granted.*
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
7/18/08

*The conference is adjourned to August 22, 2008 at 10:15 a.m.*

Patrick F. Lennon   Charles E. Murphy   Kevin J. Lennon   Nancy R. Siegel   Anne C. LeVasseur   Coleen A. McEvoy