USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

# HILL RIVKINS

## HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739
Tel: 212 669-0600   Fax: 212 669-0698/0699
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

July 23, 2008

**By Hand**

MEMO ENDORSED

Hon. William H. Pauley
United States District Judge
United States District Court
500 Pearl Street, Room 2210
New York, N.Y. 10007

*Application granted.*
**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
7/28/08

Re:   **APOSTOLOS II**
      The Rice Co. v. Express Sea Transport Corp.
      Docket No. 07 Civ. 7077 (WHP)
      Our File No: 29583-KBD/TEW

*The conference is adjourned to September 19, 2008 at 12:15p.m.*

Dear Judge Pauley:

I represent the plaintiff, the Rice Company, in the above captioned matter. The other attorney familiar with this matter has recently left the firm. Consequently, I am the only attorney who is fully familiar with this case.

The Court has set this matter down for a conference for August 22, 2008, at 10:15 a.m. I have reservations for a flight to Sacramento, the early morning of August 22, 2008. I am traveling to Sacramento to attend a hearing before the District Court for the Eastern District of California on August 25, 2008. and shall be returning to New York on August 29, 2008.

In view of the foregoing, I respectfully request that the conference be adjourned to a date in September convenient to the Court. The attorney for the defendant consents to this application.

At this time, I should also like to correct all inadvertent misstatement in Mr. Murphy's letter of July 17, 2008. Infact, $482,364.50 has been attached.

I thank the Court for its attention to this matter.

Very truly yours,
HILL RIVKINS & HAYDEN LLP

Keith B. Dalen

/ck:025.Hon.Pauley
Enclosure

cc:   **Via Facsimile:  (203) 256-8615**
      Charles E. Murphy, Esq.
      Lennon, Murphy & Lennon, LLC

| NEW JERSEY | TEXAS | CONNECTICUT | CALIFORNIA |
|---|---|---|---|
| 175 North Broadway | 712 Main Street, Suite 1515 | 60 Quarry Dock Road | Hill Rivkins/Brown & Associates |
| South Amboy, NJ 08879-1638 | Houston, TX 77002-3209 | Branford, CT 06405-4654 | 11140 Fair Oaks Boulevard, Suite 100 |
| Tel: 732 838-0300 Fax: 732 316-2365 | Tel: 713 222-1515 Fax: 713 222-1359 | Tel: 203 315-9274 Fax: 203 315-9264 | Fair Oaks, CA 95628-5126 |
| e-mail: thefirm@hillrivkins.com | e-mail: thefirm@hillrivkins.com | e-mail: thefirm@hillrivkins.com | Tel: 916 535-0263 Fax: 916 535-0268 |
| | | | e-mail: thefirm@brnlaw.com |